JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Peter Strojnik,

              Plaintiff,

     v.

Interstate Hotels and Resorts, Inc, et al,

              Defendant(s).

SACV 20-00063JVS(DFMx)

ORDER OF DISMISSAL UPON

SETTLEMENT OF CASE

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 90 days</u>, to reopen the action if settlement is not consummated.

DATED: April 30, 2020

James V. Selna
United States District Judge